1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

**FILED**

JUN - 2 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR 06 - 0298 CRB |
| Plaintiff,                      ) | |
|                                 ) | NOTICE OF DISMISSAL |
| v.                              ) | |
|                                 ) | SAN FRANCISCO VENUE |
| PEDRO ALCAZAR,                  ) | |
|                                 ) | |
| Defendant.                      ) | |

| | |
|---|---|
| 1 | With leave of the Court, the United States Attorney for the Northern District of |
| 2 | California dismisses without prejudice certain counts and allegations of the indictment, and |
| 3 | specifically Count 1, charging the defendant with a violation of 21 U.S.C. § 846 – Conspiracy to |
| 4 | Possess With Intent to Distribute Methamphetamine, Counts 2-5, charging the defendant with |
| 5 | violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms, and the Forfeiture |
| 6 | Allegation, alleging a basis for forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and (p) – Criminal |
| 7 | Forfeiture. Fed. R. Crim. P. 48(a). |

DATED: May 12, 2006

KEVIN V. RYAN
United States Attorney

*[signature]*

MARK L. KROTOSKI
Chief, Criminal Division

LEAVE GRANTED:

*[signature]*

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT
6·02·2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of:

**NOTICE OF DISMISSAL**

to be served this date on the party(ies) in this action,

<u>**Via Hand-delivery to:**</u>

**Josh Cohen
Office of the Federal Public Defender
Federal Building
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 12, 2006

TIMOTHY J. LUCEY