1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,            )        No. CR-06-0298 CRB
                                           )
12                    Plaintiff,           )        [PROPOSED] ORDER
                                           )
13           v.                            )
                                           )
14    PEDRO ALCAZAR,                       )
                                           )
15                    Defendant.           )
                                           )
16

17          Good cause having been shown for defendant Pedro Alcazar's immediate transfer to a

18    federal Bureau of Prisons facility in the San Francisco Bay Area, it is hereby ORDERED that the

19    United States Marshals Service shall transfer Pedro Alcazar to the Federal Detention Center in

20    Dublin, California forthwith.

21

22    Dated:   June 8, 2006

23                                                CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

24

25                                          IT IS SO ORDERED

26                                          Judge Charles R. Breyer